UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DRYWALL TAPERS AND
POINTERS LOCAL UNION NO.1974 BENEFIT FUNDS.,
et al.,

                               Petitioners,

-v-

KPM CONSTRUCTION a/k/a KPM Construction Corp.,

                               Respondent.

23 Civ. 7105 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On August 11, 2023, Petitioners filed a petition to confirm an arbitration award, Dkt. 1, and an accompanying memorandum of law, Dkt. 1, Ex. A-1. On September 12, 2023, Petitioners filed an affidavit of service confirming the petition and memorandum of law had been served upon Respondent on September 11, 2023. Dkt. 11.

    Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its petition to confirm by **September 22, 2023**. Respondent's opposition, if any, is due on **October 6, 2023**. Petitioner's reply, if any, is due on **October 13, 2023**.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 14, 2023
       New York, New York