

| Riccardo Iaccarino | 258 Saw Mill River Road |
| Wendell V. Shepherd | Elmsford, NY 10523 |
| | Tel: 914.592.1515 |
| Matthew J. Berger* | Fax: 914.592.3213 |
| Danielle M. Carney | |
| Michele Harari | 379 Sunset Blvd. |
| Dana L. Henke | Wyckoff, NJ 07481 |
| Steven H. Kern | Tel: 914.592.1515 |
| Lauren M. Kugielska* | Fax: 914.592.3213 |
| Giacchino J. Russo | |
| Julie Pearlman Schatz* | *Also Admitted in NJ |
| | |
| Roy Barnes, Retired | www.bislawfirm.com |

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

September 22, 2023

VIA ECF
Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

Re: <u>Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds, et al.v. KPM Construction a/k/a KPM Construction Corp.</u>

Case No.: 1:23-cv-07105(PAE)

Dear Judge Engelmayer,

This firm represents Petitioners Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds, et al.. On September 14, 2023, the Court entered an Order [ECF No. 12], directing Petitioners to file and serve any additional materials with which it intends to support its petition to confirm by September 22, 2023. Petitioners are in the process of gathering information in support of an additional affirmation that it intends on filing in support of its petition. Based on the foregoing, Petitioners respectfully request an extension to submit additional materials until October 6th. Petitioners have not previously submitted an extension request to submit materials in accordance with the Court's September 14th Order. Respondent has not entered an appearance in this case.

I appreciate your time and attention to this matter.

Respectfully yours,
*/s/ Lauren M. Kugielska*
Lauren M. Kugielska

The Court grants the above request for an extension. Petitioners shall file any additional materials with which they intend to support their petition by October 6, 2023. Respondent's opposition, if any, is due on October 20, 2023. Petitioners' reply, if any, is now due on October 27, 2023.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 25, 2023