**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION 1974,
ET AL.,

                                          Petitioners,

          -against-                                                23 **CIVIL** 7105 (PAE)

## **JUDGMENT**

KPM CONSTRUCTION a/k/a KPM
CONSTRUCTION CORP.,

                                          Respondent.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 26, 2024, the Court has confirmed the Award in favor of petitioners and issues judgment in the amount of $24,312.22, plus interest at a rate of 5.25% from the date of the Award through the date of this judgment, in the amount of $1,150.50, plus attorneys' fees and costs in the amount of $1,975; accordingly, the case is closed.

**Dated:**  New York, New York

       March 27, 2024

                                                                   **RUBY J. KRAJICK**
                                                           _____
                                                                     **Clerk of Court**
                                 **BY:**       *K. Mango*
                                                                     _____
                                                                     **Deputy Clerk**